1  JEFFREY A. DICKERSON
   NEVADA Bar No. 2690
2  9655 Gateway Dr., Suite B
   Reno, NV 89521
3  (775) 786-6664
   (775) 786-7466-Facsimile
4  Attorney for Plaintiff

5

6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

                         * * *
8
   LAURIE BOLLINGER,
9                                      CASE NO.  CV-N-05-0155-LRH-(RAM)
        Plaintiff,
10
   DAVID THAWLEY, an individual, ESMAIL
11 ZANJANI, an individual, UNIVERSITY AND
   COMMUNITY COLLEGE SYSTEM OF
12 NEVADA, a political subdivision of the State
   of Nevada,
13
        Defendants.
14 _____/

15 **STIPULATION FOR ENLARGEMENT OF TIME TO OPPOSE MOTION FOR SUMMARY**

16                    **JUDGMENT**

17      The parties agree that Plaintiff needs an additional two weeks from May 19, 2006 to

18 and including June 2, 2006 in which to serve and file her opposition to the motion for

19 summary judgment due to the fact the motion was not served by the Court's server and Mr.

20 Dickerson just discovered the filing, and will require the ensuing weekends to prepare the

21 opposition given the press of business, and the existing deadline will not allow any

22 weekend work on the opposition.

23 DATED 5/16/06                    DATED 5/17/06

24 LAW OFFICE OF                    UNIVERSITY AND COMMUNITY
                                    COLLEGE
25 JEFFREY A. DICKERSON             SYSTEM OF NEVADA

26 _____
   JEFFREY A. DICKERSON             CHUCK HILSABECK
27 Counsel for Plaintiff            Counsel for Defendant

28

   JAD sh bollinger sdpsc                   1

Jeffrey A. Dickerson, Esq
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

IT IS SO ORDERED this 19th day of May, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE