1  JEFFREY A. DICKERSON
   NEVADA Bar No. 2690
2  9655 Gateway Dr., Suite B
   Reno, NV 89521
3  (775) 786-6664
   (775) 786-7466-Facsimile
4  Attorney for Plaintiff

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                              * * *

   LAURIE BOLLINGER,
9                                      CASE NO.  CV-N-05-0155-LRH-(RAM)
           Plaintiff,
10                                     STIPULATION FOR ENLARGEMENT OF
   vs.                                 TIME TO OPPOSE MOTION FOR
11                                     SUMMARY JUDGMENT
   DAVID THAWLEY, an individual, ESMAIL
12 ZANJANI, an individual, UNIVERSITY AND
   COMMUNITY COLLEGE SYSTEM OF
13 NEVADA, a political subdivision of the State
   of Nevada,
14
           Defendants.
15 _____/

16         Plaintiff should have an extension of time to serve and file her opposition to the motion

17 for summary judgment from June 2 to and including June 7, 2006. Both counsel have been

18 in depositions on the Hussein matter the past two days, and the additional time is necessary

19 in which, according to Plaintiff's counsel, finalize the record and legal analysis. Additionally,

20 Mr. Dickerson's secretary working on this project has been absent due to health issues,

21 including on June 2, the day of finalization. No further extensions will be sought.

22      DATED 6/2/06                     DATED 6/2/06
        LAW OFFICE OF                    NSHE
23      JEFFREY A. DICKERSON             OFFICE OF GENERAL COUNSEL

24      _____          _____
        JEFFREY A. DICKERSON             CHARLES HILSABECK
25                                       ASSISTANT GENERAL COUNSEL

26      IT IS SO ORDERED.

27                                       _____

28                                       LARRY R. HICKS
                                         UNITED STATES DISTRICT JUDGE

                                         DATED:  June 6, 2006

Jeffrey A. Dickerson, Esq
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664