UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAURIE BOLLINGER, | 3:05-cv-00155-LRH-RAM |
| Plaintiff, | |
| vs. | <u>MINUTE ORDER</u> |
| DAVID THAWLEY, et al., | May 28, 2008 |
| Defendants. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>ROSEMARIE MILLER</u>       REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):     <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):     <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Before the court is Plaintiff's Renewed Motion for Stay of Judgment on Bill of Costs (#62) and Defendants' Opposition (#63).  The court has considered Plaintiff's motion.  It is neither timely nor have grounds been shown that would warrant the relief requested.

    Plaintiff's motion (#62) is DENIED.

    IT IS SO ORDERED.

                                  LANCE S. WILSON, CLERK

                            By:     /s/
                                  Deputy Clerk